**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-31747 |
| | § | |
| JOHN JACKSON LOGGING, LC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $39,712.50 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $411,913.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $45,007.21 | | |

3)       Total gross receipts of $516,335.04  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $59,414.83 (see **Exhibit 2),** yielded net receipts of $456,920.21 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $351,742.86 | $391,223.10 | $2,352.44 | $2,352.44 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $45,007.21 | $45,007.21 | $45,007.21 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $3,370.73 | $3,102.60 | $3,102.60 |
| General Unsecured Claims (from **Exhibit 7**) | $791,893.40 | $432,556.36 | $432,556.36 | $406,457.96 |
| **Total Disbursements** | $1,143,636.26 | $872,157.40 | $483,018.61 | $456,920.21 |

4).  This case was originally filed under chapter 7 on 03/27/2013.  The case was pending for 62 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>05/30/2018</u>                    By:   <u>/s/ Ronald J. Sommers</u>
                                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Polk County Forest Hill #3 Lot 464 | 1110-000 | $2,748.22 |
| Mineral Rights: 30.954 Acres of Land of John Thompson Survey, Polk County Texas- received $75 per acre for last 3 years | 1123-000 | $508,325.42 |
| Tax Refund | 1124-000 | $81.65 |
| 1997 Font LP VIN #13N140209V1571537 | 1129-000 | $1,500.00 |
| 2004 Chevrolet | 1129-000 | $3,000.00 |
| First National Bank of Livingston Business Checking Acct# 4556 | 1129-000 | $679.75 |
| **TOTAL GROSS RECEIPTS** | | $516,335.04 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JOHN JACKSON LOGGING, LC | Surplus Funds | 8200-002 | $59,414.83 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $59,414.83 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Peoples State Bank c/o Mark Hamilton | 4110-000 | $261,849.00 | $387,388.49 | $0.00 | $0.00 |
| 6 | Polk County | 4110-000 | $0.00 | $1,482.17 | $0.00 | $0.00 |
| | PEOPLES STATE BANK | 4110-000 | $10,500.00 | $0.00 | $0.00 | $0.00 |
| | PEOPLES STATE BANK | 4110-000 | $6,500.00 | $0.00 | $0.00 | $0.00 |
| | PEOPLES STATE BANK | 4110-000 | $72,893.86 | $0.00 | $0.00 | $0.00 |
| | Polk County Tax Assessor-Collector | 4800-000 | $0.00 | $2,352.44 | $2,352.44 | $2,352.44 |
| **TOTAL SECURED CLAIMS** | | | $351,742.86 | $391,223.10 | $2,352.44 | $2,352.44 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $26,096.02 | $26,096.02 | $26,096.02 |
| George Adams & Co. | 2300-000 | NA | $7.45 | $7.45 | $7.45 |
| International Sureties, Ltd. | 2300-000 | NA | $101.30 | $101.30 | $101.30 |
| Green Bank | 2600-000 | NA | $6,515.73 | $6,515.73 | $6,515.73 |
| U.S. Bankruptcy Court | 2990-000 | NA | $176.00 | $176.00 | $176.00 |
| Attorney for Trustee | 3210-000 | NA | $7,140.00 | $7,140.00 | $7,140.00 |
| Attorney for Trustee | 3220-000 | NA | $207.97 | $207.97 | $207.97 |
| Accountant for Trustee | 3410-000 | NA | $3,675.00 | $3,675.00 | $3,675.00 |
| Munshi CPA PC, Accountant for Trustee | 3410-000 | NA | $600.00 | $600.00 | $600.00 |
| Accountant for Trustee | 3420-000 | NA | $37.74 | $37.74 | $37.74 |
| Webster's Auction Palace, Inc., Auctioneer for Trustee | 3610-000 | NA | $450.00 | $450.00 | $450.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $45,007.21 | $45,007.21 | $45,007.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $632.07 | $632.07 | $632.07 |
| 8 | Polk County | 5800-000 | $0.00 | $268.13 | $0.00 | $0.00 |
| | Polk County Assessor-Collector | 5800-000 | $0.00 | $2,470.53 | $2,470.53 | $2,470.53 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,370.73 | $3,102.60 | $3,102.60 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7100-000 | $0.00 | $14.08 | $14.08 | $14.08 |
| 1a | Internal Revenue | 7100-000 | $0.00 | $11.30 | $11.30 | $11.30 |

| | | | Service | | | | |
|---|---|---|---|---|---|---|---|
| | 1a | Internal Revenue Service | 7100-000 | $0.00 | $4.84 | $4.84 | $4.84 |
| | 1a | Internal Revenue Service | 7100-000 | $0.00 | $4.70 | $4.70 | $4.70 |
| | 1a | Internal Revenue Service | 7990-000 | $0.00 | $34.92 | $34.92 | $0.18 |
| | 3 | Hughes Petroleum Products, INc. | 7100-000 | $9,831.33 | $9,481.33 | $9,481.33 | $9,481.33 |
| | 4 | American Express Bank, FSB | 7100-000 | $0.00 | $3,985.18 | $3,985.18 | $3,985.18 |
| | 4 | American Express Bank, FSB | 7100-000 | $0.00 | $9,298.91 | $9,298.91 | $9,298.91 |
| | 4 | American Express Bank, FSB | 7100-000 | $0.00 | $11,581.15 | $11,581.15 | $11,581.15 |
| | 4 | American Express Bank, FSB | 7100-000 | $0.00 | $3,864.98 | $3,864.98 | $3,864.98 |
| | 4 | American Express Bank, FSB | 7990-000 | $28,730.00 | $28,730.22 | $28,730.22 | $149.69 |
| | 5 | Tahir Ali d/b/a Kountry Grocery | 7100-000 | $0.00 | $6,921.40 | $6,921.40 | $6,921.40 |
| | 7 | Peoples State Bank c/o Mark Hamilton | 7100-000 | $261,849.00 | $387,388.49 | $387,388.49 | $359,036.34 |
| | | Hughes Petroleum Products, Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $49.40 |
| | | Peoples State Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $2,018.41 |
| | | Tahir Ali dba Kountry Grocery | 7990-000 | $0.00 | $0.00 | $0.00 | $36.07 |
| | | Calvert Capital Group | 7100-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
| | | Chevron And Texaco | 7100-000 | $3,052.99 | $0.00 | $0.00 | $0.00 |
| | | Cleveland Truck Service and Tire | 7100-000 | $3,625.00 | $0.00 | $0.00 | $0.00 |
| | | First National Bank of Livingston | 7100-000 | $4,453.02 | $0.00 | $0.00 | $0.00 |
| | | Hubert Glass Oil Co | 7100-000 | $6,071.53 | $0.00 | $0.00 | $0.00 |
| | | Interstate Billing Service Inc | 7100-000 | $3,157.59 | $0.00 | $0.00 | $0.00 |
| | | Kountry Grocery | 7100-000 | $6,921.40 | $0.00 | $0.00 | $0.00 |
| | | NAPA Auto Parts | 7100-000 | $426.63 | $0.00 | $0.00 | $0.00 |
| | | PEOPLES STATE BANK | 7100-000 | $41,618.51 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| PEOPLES STATE BANK | 7100-000 | $41,393.90 | $0.00 | $0.00 | $0.00 |
| PEOPLES STATE BANK | 7100-000 | $67,554.95 | $0.00 | $0.00 | $0.00 |
| PEOPLES STATE BANK | 7100-000 | $31,600.57 | $0.00 | $0.00 | $0.00 |
| PEOPLES STATE BANK | 7100-000 | $60,722.89 | $0.00 | $0.00 | $0.00 |
| PEOPLES STATE BANK | 7100-000 | $49,625.00 | $0.00 | $0.00 | $0.00 |
| PEOPLES STATE BANK | 7100-000 | $48,000.00 | $0.00 | $0.00 | $0.00 |
| PEOPLES STATE BANK | 7100-000 | $18,000.00 | $0.00 | $0.00 | $0.00 |
| PEOPLES STATE BANK | 7100-000 | $38,000.00 | $0.00 | $0.00 | $0.00 |
| Reliable Auto Parts | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Texas Timberjack | 7100-000 | $3,377.20 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | 7100-000 | $17,658.94 | $0.00 | $0.00 | $0.00 |
| Whitener Enterprises, Inc. | 7100-000 | $10,722.95 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $791,893.40 | $461,321.50 | $461,321.50 | $406,457.96 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 13-31747-H1-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | JOHN JACKSON LOGGING, LC | Date Filed (f) or Converted (c): | 03/27/2013 (f) |
| For the Period Ending: | 5/30/2018 | §341(a) Meeting Date: | 05/15/2013 |
| | | Claims Bar Date: | 08/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Polk County Forest Hill #3 Lot 464 | $5,600.00 | $2,748.22 | | $2,748.22 | FA |
| 2  Polk County Cherokee Forest #1 Lot 122 | $1,390.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 3  Polk County Cherokee Forest Sec #2 Lot 34 | $2,580.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 4  Polk County Cherokee Forest Sec #2 Lot 95 | $1,350.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 5  Polk County Cherokee Forest Sec #2 Lot 35 | $1,350.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 6  Polk County Cherokee Forest Sec #2 Lot 97 | $1,350.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 7  Polk County Cherokee Forest Sec #2 Lot 96 | $1,350.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 8  Timber Deed Timber Deed Contract dated February 24, 2012 | $0.00 | $0.00 | | $0.00 | FA |
| 9  First National Bank of Livingston Business Checking Acct# 4556 | $679.75 | $679.75 | | $679.75 | FA |
| 10  A/R - AGRI-TEX WOOD | $126.06 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 11  A/R - Aspen Power | $6,573.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 12  A/R - Eagletree, Inc | $6,785.91 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 13  A/R - G&S Lumber | $1,320.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 14  A/R - Jeremy Slack | $1,481.48 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 15  A/R - Keechi Creek | $735.60 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   #30 01/08/14 | | | | | |
| 16  A/R - Longe Beach Shaving Company | $1,640.00 | $0.00 | OA | $0.00 | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  2          Exhibit 8

| | |
|---|---|
| **Case No.:** 13-31747-H1-7 | **Trustee Name:** Ronald J. Sommers |
| **Case Name:** JOHN JACKSON LOGGING, LC | **Date Filed (f) or Converted (c):** 03/27/2013 (f) |
| **For the Period Ending:** 5/30/2018 | **§341(a) Meeting Date:** 05/15/2013 |
| | **Claims Bar Date:** 08/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** #30 01/08/14 | | | | | |
| **Ref. #** | | | | | |
| 17    A/R - MPS | $2,270.05 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** #30 01/08/14 | | | | | |
| 18    A/R - Premier Timber | $960.02 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** #30 01/08/14 | | | | | |
| 19    A/R - Texas Post & Pole | $7,560.38 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** #30 01/08/14 | | | | | |
| 20    2004 Chevrolet | $5,800.00 | $3,000.00 | | $3,000.00 | FA |
| 21    1997 Font LP VIN #13N140209V1571537 | $1,200.00 | $1,500.00 | | $1,500.00 | FA |
| 22    Office Equipment & Furniture | $890.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** #30 01/08/14 | | | | | |
| 23    VOID | $0.00 | $0.00 | | $0.00 | FA |
| 24    Mineral Rights: 30.954 Acres of Land of John Thompson Survey, Polk County Texas- received $75 per acre for last 3 years    **(u)** | Unknown | $502,291.42 | | $508,325.42 | FA |
| 25    Tax Refund    **(u)** | $0.00 | $81.65 | | $81.65 | FA |
| 25    VOID | $0.00 | $0.00 | | $0.00 | FA |
| 25    VOID    **(u)** | $0.00 | $0.00 | | $0.00 | FA |

|  | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $52,992.25 | $510,301.04 | | $516,335.04 | $0.00 |

**Major Activities affecting case closing:**

05/30/2018    TDR SUBMITTED

01/29/2018    TFR SUBMITTED

09/30/2017    Creditors are being paid 100% plus interest.  All final distributions have been made with the exception of trustee fees and professional fees.  The accountant for Trustee is preparing the final tax returns and will file his final fee app.  Once approved, the Trustee will submit the TFR.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  3          Exhibit 8

| | |
|---|---|
| **Case No.:** | 13-31747-H1-7 |
| **Case Name:** | JOHN JACKSON LOGGING, LC |
| **For the Period Ending:** | 5/30/2018 |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Date Filed (f) or Converted (c):** | 03/27/2013 (f) |
| **§341(a) Meeting Date:** | 05/15/2013 |
| **Claims Bar Date:** | 08/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| 09/30/2016 | The Trustee is receiving monthly oil and gas revenues.  The monies received are going to be sufficient to pay the creditors in full.  The Trustee has made one interim distribution and will be filing a motion for a second interim distribution shortly.  Once creditors have been paid in full, Trustee's attorneys and accountants will file their final fee apps and prepare the final tax returns. |
|---|---|
| 09/30/2015 | The Estate is currently receiving monthly oil and gas royalties.  The Trustee is determining the value of these royalties and will find a buyer.  All other assets have been administered.  The Trustee will review and resolve any claim issues. |

**Initial Projected Date Of Final Report (TFR):**   12/31/2014          **Current Projected Date Of Final Report (TFR):**   12/31/2017

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-31747-H1-7 | |
| **Case Name:** | JOHN JACKSON LOGGING, LC | |
| **Primary Taxpayer ID #:** | **-***1588 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/27/2013 | |
| **For Period Ending:** | 5/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4701 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/17/2013 | (9) | John Jackson Logging LC | Funds on Deposit | 1129-000 | $679.75 | | $679.75 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.60 | $679.15 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.98 | $678.17 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.09 | $677.08 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.16 | $675.92 |
| 09/23/2013 | (21) | Laird Logging LLC | #26 09/17/13; Rpt of Sale-#57 11/10/16 Trailer Sale Proceeds | 1129-000 | $1,500.00 | | $2,175.92 |
| 09/27/2013 | (20) | Webster's Auction Palace, Inc. | #21 09/06/13; Rpt of Sale-#58 11/10/16 | 1129-000 | $3,000.00 | | $5,175.92 |
| 09/27/2013 | 1000 | Webster's Auction Palace, Inc. | #22 09/06/13 Auctioneer Fees | 3610-000 | | $450.00 | $4,725.92 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.68 | $4,724.24 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.69 | $4,716.55 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.61 | $4,708.94 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.35 | $4,701.59 |
| 01/08/2014 | 1001 | U.S. Bankruptcy Court | Filing Fee for Motion to Sell Real Property [Docket #28] | 2990-000 | | $176.00 | $4,525.59 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.88 | $4,517.71 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.58 | $4,511.13 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.80 | $4,504.33 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.03 | $4,497.30 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,489.81 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,482.32 |
| 07/07/2014 | (1) | Second Land Title, LLC | #31 02/014/14; Rpt of Sale-#57 11/10/16 Sale of Lot (wire transfer - original transfer date 06/26/14) | 1110-000 | $2,748.22 | | $7,230.54 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.66 | $7,218.88 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.02 | $7,206.86 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.87 | $7,195.99 |
| 10/23/2014 | 1002 | George Adams & Co. | Pro rata share of Chapter 7 Trustee Blanket Bond | 2300-000 | | $7.45 | $7,188.54 |
| | | | **SUBTOTALS** | | $7,927.97 | $739.43 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-31747-H1-7 | Trustee Name:      Ronald J. Sommers |
| Case Name: | JOHN JACKSON LOGGING, LC | Bank Name:      Green Bank |
| Primary Taxpayer ID #: | **-***1588 | Checking Acct #:      ******4701 |
| Co-Debtor Taxpayer ID #: | | Account Title:      CHK |
| For Period Beginning: | 3/27/2013 | Blanket bond (per case limit):      $5,000,000.00 |
| For Period Ending: | 5/30/2018 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.35 | $7,176.19 |
| 11/14/2014 | 1003 | Munshi CPA PC | #37 04/15/14 Accountant Fees | 3410-000 | | $600.00 | $6,576.19 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.08 | $6,566.11 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.59 | $6,555.52 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $10.91 | $6,544.61 |
| 02/03/2015 | (24) | Unit Petroleum Company | Oil and Gas Royalties | 1123-000 | $60,162.88 | | $66,707.49 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $94.09 | $66,613.40 |
| 03/06/2015 | (24) | Unit Petroleum Company | Oil & Gas Royalties | 1123-000 | $27,669.43 | | $94,282.83 |
| 03/09/2015 | (24) | Unit Petroleum Company | Deposit dated 03/06/15 was mistakenly entered as $27,669.43; the correct deposit amount was $27,699.43; this entry corrects the error | 1223-000 | $30.00 | | $94,312.83 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $141.51 | $94,171.32 |
| 04/07/2015 | (24) | Unit Petroleum Company | O&G Royalties | 1123-000 | $20,224.30 | | $114,395.62 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $171.27 | $114,224.35 |
| 05/05/2015 | (24) | Unit Petroleum Company | O&G Royalties | 1223-000 | $17,123.55 | | $131,347.90 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $207.49 | $131,140.41 |
| 06/04/2015 | (24) | Unit Petroleum Company | O&G Royalties | 1123-000 | $17,062.66 | | $148,203.07 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $227.88 | $147,975.19 |
| 07/09/2015 | (24) | Unit Petroleum Company | O&G Royalties | 1223-000 | $18,586.78 | | $166,561.97 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $277.41 | $166,284.56 |
| 08/05/2015 | (24) | Unit Petroleum Company | O&G Royalties | 1123-000 | $20,365.40 | | $186,649.96 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $278.58 | $186,371.38 |
| 09/01/2015 | 1004 | Ross, Banks, May, Cron & Cavin, P.C. | #46 08/31/15 | * | | $4,185.45 | $182,185.93 |
| | | | | $(4,080.00) | 3210-000 | | | $182,185.93 |
| | | | | $(105.45) | 3220-000 | | | $182,185.93 |
| 09/08/2015 | (24) | Unit Petroleum Company | Oil & Gas Royalties | 1123-000 | $11,793.96 | | $193,979.89 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $300.15 | $193,679.74 |
| | | | **SUBTOTALS** | | $193,018.96 | $6,527.76 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-31747-H1-7 | | Trustee Name: | Ronald J. Sommers |
| Case Name: | JOHN JACKSON LOGGING, LC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1588 | | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 3/27/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/06/2015 | (24) | Unit Petroleum Company | O&G Royalties | 1123-000 | $14,350.37 | | $208,030.11 |
| 10/08/2015 | 1005 | International Sureties, Ltd. | Pro rata portion of Chapter 7 Blanket Bond | 2300-000 | | $80.41 | $207,949.70 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $341.96 | $207,607.74 |
| 11/05/2015 | (24) | Unit Petroleum Company | O&G Revenues | 1123-000 | $18,892.57 | | $226,500.31 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $337.98 | $226,162.33 |
| 12/03/2015 | (24) | Unit Petroleum Company | Oil & Gas Revenues | 1123-000 | $16,334.69 | | $242,497.02 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $388.76 | $242,108.26 |
| 01/05/2016 | (24) | Unit Petroleum Company | O&G Revenues | 1123-000 | $15,759.11 | | $257,867.37 |
| 01/27/2016 | 1006 | Internal Revenue Service | #50 01/25/16 Interim Distribution | * | | $646.15 | $257,221.22 |
| | | | $(14.08) | 7100-000 | | | $257,221.22 |
| | | | $(632.07) | 5800-000 | | | $257,221.22 |
| 01/27/2016 | 1007 | Peoples State Bank | #50 01/25/16 Interim Distribution | 7100-000 | | $156,160.76 | $101,060.46 |
| 01/27/2016 | 1008 | Hughes Petroleum Products, Inc. | #50 01/25/16 Interim Distribution | 7100-000 | | $3,821.92 | $97,238.54 |
| 01/27/2016 | 1009 | American Express Bank, FSB | #50 01/25/16 Interim Distribution | 7100-000 | | $11,581.15 | $85,657.39 |
| 01/27/2016 | 1010 | Tahir Ali dba Kountry Grocery | #50 01/25/16 Interim Distribution | 7100-000 | | $2,790.02 | $82,867.37 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $412.01 | $82,455.36 |
| 02/04/2016 | (24) | Unit Petroleum Company | O&G Revenue | 1123-000 | $12,695.70 | | $95,151.06 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $250.00 | $94,901.06 |
| 03/03/2016 | (24) | Unit Petroleum Company | O&G Revenue | 1123-000 | $11,826.10 | | $106,727.16 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $173.04 | $106,554.12 |
| 04/05/2016 | (24) | Unit Petroleum Company | O&G Revenues | 1123-000 | $10,660.32 | | $117,214.44 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $186.37 | $117,028.07 |
| 05/04/2016 | (24) | Unit Petroleum Company | O&R Revenues | 1123-000 | $10,228.74 | | $127,256.81 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $197.66 | $127,059.15 |
| | | | **SUBTOTALS** | | $110,747.60 | $177,368.19 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-31747-H1-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | JOHN JACKSON LOGGING, LC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1588 | | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 3/27/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 06/06/2016 | (24) | Unit Petroleum Company | Revenue Disbursement | 1123-000 | $10,813.27 | | $137,872.42 |
| 06/29/2016 | (25) | United States Treasury | Tax Refund | 1124-000 | $76.80 | | $137,949.22 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $212.49 | $137,736.73 |
| 07/07/2016 | (24) | Unit Petroleum Company | O&G Revenue | 1123-000 | $10,875.91 | | $148,612.64 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $236.41 | $148,376.23 |
| 08/03/2016 | (24) | Unit Petroleum Company | A/R | 1123-000 | $10,879.76 | | $159,255.99 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $255.29 | $159,000.70 |
| 09/07/2016 | (24) | Unit Petroleum Company | Revenue Disbursement | 1123-000 | $12,176.21 | | $171,176.91 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $280.70 | $170,896.21 |
| 10/03/2016 | (24) | Unit Petroleum Company | O&G Revenue | 1123-000 | $10,984.68 | | $181,880.89 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $273.99 | $181,606.90 |
| 11/01/2016 | 1011 | Internal Revenue Service | #54 11/01/16 Interim Distribution | 7100-000 | | $11.30 | $181,595.60 |
| 11/01/2016 | 1012 | Peoples State Bank | #54 11/01/16 Interim Distribution | 7100-000 | | $125,380.84 | $56,214.76 |
| 11/01/2016 | 1013 | Hughes Petroleum Products, Inc. | #54 11/01/16 Interim Distribution | 7100-000 | | $3,068.76 | $53,146.00 |
| 11/01/2016 | 1014 | American Express Bank, FSB | #54 11/01/16 Interim Distribution | 7100-000 | | $9,298.91 | $43,847.09 |
| 11/01/2016 | 1015 | Tahir Ali dba Kountry Grocery | #54 11/01/16 Interim Distribution | 7100-000 | | $2,240.20 | $41,606.89 |
| 11/09/2016 | (24) | Unit Petroleum Company | A/R | 1223-000 | $11,826.27 | | $53,433.16 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $107.24 | $53,325.92 |
| 12/01/2016 | 1016 | Polk County Tax Assessor-Collector | #60 12/01/16 2016 Property Taxes | 4800-000 | | $2,352.44 | $50,973.48 |
| 12/08/2016 | (24) | Unit Petroleum Company | O&G Revenue | 1223-000 | $11,283.14 | | $62,256.62 |
| 12/29/2016 | (24) | Unit Petroleum Company | Revenue Disbursement | 1223-000 | $11,601.29 | | $73,857.91 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $101.92 | $73,755.99 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $121.70 | $73,634.29 |
| | | | **SUBTOTALS** | | $90,517.33 | $143,942.19 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-31747-H1-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | JOHN JACKSON LOGGING, LC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1588 | | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 3/27/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/06/2017 | (24) | Unit Petroleum Company | A/R | 1223-000 | $11,394.90 | | $85,029.19 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $120.96 | $84,908.23 |
| 03/06/2017 | (24) | Unit Petroleum Conpay | O&G Royalties | 1223-000 | $2,991.36 | | $87,899.59 |
| 03/06/2017 | (24) | Unit Petroleum Company | O&G Royalties | 1223-000 | $10,037.09 | | $97,936.68 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $164.16 | $97,772.52 |
| 04/03/2017 | (24) | Unit Petroleum Company | A/R | 1223-000 | $11,587.92 | | $109,360.44 |
| 04/27/2017 | 1017 | Internal Revenue Service | #65 04/27/17 Interim Distribution | 7100-000 | | $4.84 | $109,355.60 |
| 04/27/2017 | 1018 | Peoples State Bank | #65 04/27/17 Interim Distribution | 7100-000 | | $53,734.75 | $55,620.85 |
| 04/27/2017 | 1019 | Hughes Petroleum Products, Inc. | #65 04/27/17 Interim Distribution | 7100-003 | | $1,315.16 | $54,305.69 |
| 04/27/2017 | 1020 | American Express Bank, FSB | #65 04/27/17 Interim Distribution | 7100-000 | | $3,985.18 | $50,320.51 |
| 04/27/2017 | 1021 | Tahir Ali dba Kountry Grocery | #65 04/27/17 Interim Distribution | 7100-000 | | $960.07 | $49,360.44 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $158.79 | $49,201.65 |
| 05/01/2017 | (24) | Unit Petroleum Company | A/R | 1223-000 | $10,591.41 | | $59,793.06 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $102.77 | $59,690.29 |
| 06/06/2017 | (24) | Unit Petroleum Company | O&G Revenue | 1223-000 | $9,045.33 | | $68,735.62 |
| 06/06/2017 | (25) | United States Treasury | Misc. Refund | 1224-000 | $4.85 | | $68,740.47 |
| 07/07/2017 | (24) | Unit Petroleum Company | Oil & Gas Revenue | 1223-000 | $9,309.53 | | $78,050.00 |
| 08/04/2017 | (24) | Unit Petroleum Company | O&G Revenue | 1223-000 | $8,850.30 | | $86,900.30 |
| 08/31/2017 | 1022 | Internal Revenue Service | #73 08/23/17 Final Distribution | * | | $4.88 | $86,895.42 |
| | | | $(4.70) | 7100-000 | | | $86,895.42 |
| | | | Interest    $(0.18) | 7990-000 | | | $86,895.42 |

| | | | | SUBTOTALS | $73,812.69 | $60,551.56 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-31747-H1-7 | |
| **Case Name:** | JOHN JACKSON LOGGING, LC | |
| **Primary Taxpayer ID #:** | **-***1588 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/27/2013 | |
| **For Period Ending:** | 5/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4701 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2017 | 1023 | Peoples State Bank | #73 08/23/17 Final Distribution | * | | $54,130.55 | $32,764.87 |
| | | | $(52,112.14) | 7100-000 | | | $32,764.87 |
| | | | Interest | $(2,018.41) | 7990-000 | | $32,764.87 |
| 08/31/2017 | 1024 | Hughes Petroleum Products, Inc. | #73 08/23/17 Final Distribution | * | | $1,324.89 | $31,439.98 |
| | | | $(1,275.49) | 7100-000 | | | $31,439.98 |
| | | | Interest | $(49.40) | 7990-000 | | $31,439.98 |
| 08/31/2017 | 1025 | American Express Bank, FSB | #73 08/23/17 Final Distribution | * | | $4,014.67 | $27,425.31 |
| | | | $(3,864.98) | 7100-000 | | | $27,425.31 |
| | | | Interest | $(149.69) | 7990-000 | | $27,425.31 |
| 08/31/2017 | 1026 | Tahir Ali dba Kountry Grocery | #73 08/23/17 Final Distribution | * | | $967.18 | $26,458.13 |
| | | | $(931.11) | 7100-000 | | | $26,458.13 |
| | | | Interest | $(36.07) | 7990-000 | | $26,458.13 |
| 09/05/2017 | (24) | Unit Petroleum Company | A/R | 1223-000 | $8,023.69 | | $34,481.82 |
| 09/07/2017 | 1027 | Ross, Banks, May, Cron & Cavin, P.C. | #75 09/07/17 Attorney Fees and Expenses | * | | $3,162.52 | $31,319.30 |
| | | | $(3,060.00) | 3210-000 | | | $31,319.30 |
| | | | $(102.52) | 3220-000 | | | $31,319.30 |
| 09/12/2017 | | Peoples State Bank | Refund on Check# 1023 | 7100-002 | | ($28,352.15) | $59,671.45 |
| 10/03/2017 | (24) | Unit Petroleum Company | O&G Revenue | 1223-000 | $7,619.14 | | $67,290.59 |
| 11/02/2017 | 1028 | International Sureties, Ltd. | Chapter 7 Trustee Blanket Bond | 2300-000 | | $20.89 | $67,269.70 |
| 11/06/2017 | (24) | Unit Petroleum Company | A/R | 1223-000 | $6,918.39 | | $74,188.09 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $117.74 | $74,070.35 |
| 12/12/2017 | (24) | Unit Petroleum Company | O&G Revenue | 1223-000 | $7,049.83 | | $81,120.18 |
| | | | **SUBTOTALS** | | $29,611.05 | $35,386.29 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-31747-H1-7 | |
| Case Name: | JOHN JACKSON LOGGING, LC | |
| Primary Taxpayer ID #: | **-***1588 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 3/27/2013 | |
| For Period Ending: | 5/30/2018 | |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Bank Name: | Green Bank |
| Checking Acct #: | ******4701 |
| Account Title: | CHK |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/12/2017 | 1029 | Munshi CPA, P.C. | #78 12/12/17 Accountant Fees & Expenses | * | | $3,712.74 | $77,407.44 |
| | | | $(3,675.00) | 3410-000 | | | $77,407.44 |
| | | | $(37.74) | 3420-000 | | | $77,407.44 |
| 12/14/2017 | 1030 | Polk County Assessor-Collector | #81 01/11/18 Taxes on Oil & Gas Lease Property ID #203646 | 5800-000 | | $2,470.53 | $74,936.91 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $125.50 | $74,811.41 |
| 01/03/2018 | (24) | Unit Petroleum Company | O&G Revenue | 1223-000 | $4,665.44 | | $79,476.85 |
| 01/29/2018 | 1019 | Hughes Petroleum Products, Inc. | Void of Check# 1019 | 7100-003 | | ($1,315.16) | $80,792.01 |
| 02/05/2018 | (24) | Unit Petroleum Company | O&G Revenue | 1223-000 | $6,034.00 | | $86,826.01 |
| 02/21/2018 | 1031 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-000 | | $1,315.16 | $85,510.85 |
| 04/10/2018 | 1032 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $26,096.02 | $59,414.83 |
| 04/10/2018 | 1033 | JOHN JACKSON LOGGING, LC | Final Distribution on Claim #: ; Amount Claimed: 59,414.83; Amount Allowed: 59,414.83;  Claim #: ; | 8200-002 | | $59,414.83 | $0.00 |

| | | | **SUBTOTALS** | $10,699.44 | $91,819.62 |
|---|---|---|---|---|---|

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-31747-H1-7 | |
| **Case Name:** | JOHN JACKSON LOGGING, LC | |
| **Primary Taxpayer ID #:** | **-***1588 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/27/2013 | |
| **For Period Ending:** | 5/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4701 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $516,335.04 | $516,335.04 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $516,335.04 | $516,335.04 | |
| | | | **Less: Payments to debtors** | | $0.00 | $59,414.83 | |
| | | | **Net** | | $516,335.04 | $456,920.21 | |

| **For the period of 3/27/2013 to 5/30/2018** | | **For the entire history of the account between 05/17/2013 to 5/30/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $516,335.04 | Total Compensable Receipts: | $516,335.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $516,335.04 | Total Comp/Non Comp Receipts: | $516,335.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $456,920.21 | Total Compensable Disbursements: | $456,920.21 |
| Total Non-Compensable Disbursements: | $59,414.83 | Total Non-Compensable Disbursements: | $59,414.83 |
| Total Comp/Non Comp Disbursements: | $516,335.04 | Total Comp/Non Comp Disbursements: | $516,335.04 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-31747-H1-7 | |
| **Case Name:** | JOHN JACKSON LOGGING, LC | |
| **Primary Taxpayer ID #:** | **-***1588 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/27/2013 | |
| **For Period Ending:** | 5/30/2018 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4701 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $516,335.04 | $516,335.04 | $0.00 |

**For the period of 3/27/2013 to 5/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $516,335.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $516,335.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $456,920.21 |
| Total Non-Compensable Disbursements: | $59,414.83 |
| Total Comp/Non Comp Disbursements: | $516,335.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/27/2013 to 5/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $516,335.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $516,335.04 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $456,920.21 |
| Total Non-Compensable Disbursements: | $59,414.83 |
| Total Comp/Non Comp Disbursements: | $516,335.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS